IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 NOV -1 PM 4: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

WILLIE MAE THOMAS, as legal guardian for
PATRICIA BRIANA THOMAS, the only child and
next of kin for TIJUANA THOMAS, deceased,

    Plaintiffs,

vs.                                                                 Docket No.05-2384-Ma/V aka 2:05-CV-02384

**JURY DEMANDED**

HQM OF MEMPHIS, LLC d/b/a
MEMPHIS HEALTH CARE & REHABILITATION
CENTER, HOME QUALITY MANAGEMENT, INC.,
HCD LICENSE, LLC d/b/a SYCAMORE VIEW CARE
& REHABILITATION CENTER, and SYCAMORE
MANAGEMENT SERVICES, LLC,

    Defendants.

---

**CONSENT ORDER COMPELLING DEFENDANTS
TO PRODUCE INSURANCE INFORMATION REQUIRED BY RULE 26(a)(1)(D)**

---

Defendants are ordered to produce complete copies of all insurance information, including insurance information pertaining to excess insurance coverage, to Plaintiff's counsel.

IT IS SO ORDERED.

DATE: October 31, 2005

Diane K. Vescovo

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-7-05

/0

## CERTIFICATE OF SERVICE

I, Parke S. Morris, do hereby certify that a true and exact copy of the foregoing has been forwarded to via United States Mail, postage prepaid, to:

For Defendant, Memphis Health Care and Rehabilitation Center:
Jerry O. Potter, Esq.
The Hardison Law Firm, PC
119 S. Main Street, Suite 300
Memphis, TN  38103

On this the 31st day of October, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02384 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Kimberly Cross Shields
The Hardison Law Firm, P.C.
119 S. Main Street
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Parke S. Morris
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT