IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 23 AM 8: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

WILLIE MAE THOMAS, ET AL.,

    Plaintiff,

VS.                        NO. 05-2384-MaV

HQM OF MEMPHIS, LLC, d/b/a
MEMPHIS HEALTH CARE & REHABILITATION
CENTER, ET AL.,

    Defendants.

---

ORDER AMENDING SCHEDULING ORDER

---

Before the court is plaintiff's October 31, 2005, motion to amend the scheduling order in this matter and to remand the case to Tennessee Circuit Court. The court finds the motion to amend the schedule is well taken and should be GRANTED. Plaintiff shall, within ten (10) days of the entry of this order, file a second amended complaint to add Dr. Connie Holladay as a defendant in this matter. Plaintiff's motion to remand the case to state court will be addressed in a separate order.

It is so ORDERED this 21st day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-28-05

/6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02384 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Parke S. Morris
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Kimberly Cross Shields
The Hardison Law Firm, P.C.
119 S. Main Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT