UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20 PM 1:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

WILLIE MAE THOMAS,

    Plaintiff,

v.                                              Cv. No. 05-2384-Ma

HQM OF MEMPHIS, LLC, d/b/a
MEMPHIS HEALTH CARE AND
REHABILITATION CENTER, et al.,

    Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, in accordance with the Order Granting Plaintiff's Motion to Remand, docketed December 8, 2005, this action is remanded to the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 20, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __12-22-05__

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02384 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Parke S. Morris
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Kimberly Cross Shields
The Hardison Law Firm, P.C.
119 S. Main Street
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT